UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

---------------------------------------------------------------------------x

Matthew Lankford,

                                  Plaintiff,

        -v.-

Transworld Systems, Inc.,

                              Defendants.

--------------------------------------------------------------------------x

Civil Action No:
6:21-cv-1358

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** October 20, 2022

| For Plaintiff Matthew Lankford | For Defendant Transworld Systems, Inc. |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500<br>ysaks@steinsakslegal.com | */s/ Charles R. Penot, Jr.*<br>Charles R. Penot, Jr.<br>Sessions, Israel & Shartle, LLC<br>900 Jackson Street, suite 440<br>Dallas, TX 75202<br>Ph:  (214) 741-3009<br>cpenot@sessions.legal |

1

## CERTIFICATE OF SERVICE

I certify that on October 20, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*